75 F.3d 868w
 64 USLW 2498, 28 Bankr.Ct.Dec. 680, Bankr.
L. Rep. P 76,914
 In re CONTINENTAL AIRLINES: NationsBank of Tennessee, N.A.,
f/k/a NationsBank of Tennessee, as Collateral Trustee under
a Secured Equipment Indenture and Lease Agreement dated
March 15, 1987 ("NationsBank"); New Jersey National Bank,
as successor by merger to Constellation Bank, N.A., f/k/a
National State Bank of Elizabeth, N.J.; Harris Trust and
Savings Bank; and Boatman's First National Bank of
Oklahoma, as First, Second and Third Priority Secured
Equipment Certificates Trustees thereunder, respectively
(the "Series Trustees" and, collectively with NationsBank,
the "Trustees"), Appellants.
 No. 94-7748.
 United States Court of Appeals,
Third Circuit.
 Argued Sept. 15, 1995.
Decided Feb. 7, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION